IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON MALOY, | : | CIVIL ACTION |
| | : | No. 18-03130 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LITTMAN JEWELERS | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this **19th** day of **August, 2019,** after reviewing the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (ECF No. 27), it is hereby **ORDERED** that:

(1) The Report and Recommendation is **APPROVED** and **ADOPTED**;[1]

---

[1] The Court approves and adopts Judge Rueter's Report and Recommendation because plaintiff's objections (ECF No. 28), were not really objections. The issue in this case is whether counsel to plaintiff was authorized to enter into the settlement agreement. Plaintiff does not really contest this issue. Instead, she advances arguments on the merits of the settlement agreement that should have been brought up at the hearing with Judge Rueter. These arguments were thus forfeited.

Judge Rueter made credibility determinations and findings of fact regarding whether counsel was authorized to enter into the settlement agreement based on the hearing. The findings of fact are reasonable in light of the record and the conclusion that the settlement agreement should be enforced follows from those facts.

(2) Plaintiff's objections are **OVERRULED**;

(3) The Motion to Enforce Settlement Agreement (ECF No. 19) is **GRANTED**

(4) The Clerk of Court shall mark this case as **CLOSED**; and

(5) The Court shall retain jurisdiction over this matter.

**AND IT IS SO ORDERED.**

>	*/s/ Eduardo C. Robreno*
>	*EDUARDO C. ROBRENO,    J.*